IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BETTY CLEMENTS and <br> JOHN CLEMENTS, <br> by next friend CHARLES M. CLEMENTS, <br><br> Plaintiffs, <br><br> v. <br><br> THE PACESETTER CORPORATION OF AMERICA <br> d/b/a PACESETTER ACQUISITION, INC. <br> d/b/a THE PACESETTER CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04-0945-CV-W-DW |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss Without Prejudice. (Doc. 25).

Defendant failed to file an opposition. For good cause shown, the case is dismissed without prejudice. Fed. R. Civ. Proc. 41.


Date: October 30, 2006                        /s/ DEAN WHIPPLE
                                                                        Dean Whipple
                                                         United States District Court